CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Maria Fernanda MENESES AGUILAR**<br>DOB: 2003; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>24-00799MJ |

Complaint for violation of Title 18, United States Code, § 554(a)

On or about May 30, 2023, in the District of Arizona, **Maria Fernanda MENESES AGUILAR** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 1582 rounds of .50 caliber ammunition, 20 rounds of 7.62x39mm ammunition, 15 rifle magazines, and two rifle buttstocks, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

At approximately 10:30 p.m. on August 22, 2024, Maria Fernanda MENESES AGUILAR attempted to leave the United States thru the DeConcini Port of Entry in Nogales, Arizona. MENESES AGUILAR was driving a white in color 2003 Chevy Silverado truck, bearing Sonora Mexico license plate VE35280. The vehicle was registered to Luis Miguel Quintero in Nogales, Sonora, Mexico. Customs and Border Protection officers (CBPOs) working outbound operations received an alert on this vehicle from the outbound license plate reader (LPR) and stopped MENESES AGUILAR based on this alert. MENESES AGUILAR told CBPOs she was going to Nogales, Sonora, to drop the vehicle she was driving off for her uncle and that she picked up the vehicle from her house in Nogales, Arizona. She further stated she had been in possession of the vehicle for about three hours and denied possessing weapons, ammunition, or currency over $10,000. A detection dog conducted a sniff of the vehicle while the primary CBPO was speaking to MENESES AGUILAR. The canine alerted to a trained odor emitting from under the vehicle. CBPOs then asked MENESES AGUILAR to exit the vehicle and escorted her to a waiting area. While walking to the waiting area, MENESES AGUILAR again denied possessing weapons, ammunition, or currency over $10,000. CBPOs ran a Z-Portal scan of the vehicle, and anomalies were observed in the vehicle's quarter-panels. The detection dog then positively alerted to a trained odor emitting from the quarter panels of the truck. CBPOs then searched the vehicle and located a total of 1,582 rounds of .50 caliber rifle ammunition, 20 rounds of 7.62 x 39 mm rifle ammunition, 15 rifle magazines and 2 rifle buttstocks within the quarter-panels.

The secondary CBPO asked MENESES AGUILAR where she was coming from and she repeated her earlier statement that she came from her house in Nogales, Arizona, and that the truck belonged to her uncle. She clarified that he wasn't really an uncle but more of a family friend, and stated that she did not know his full name. MENESES AGUILAR stated the vehicle was dropped off at her house, and she was to drive it across the border into Nogales, Sonora.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *Matthew C. Cassell* | SIGNATURE OF COMPLAINANT<br>**MARC S HOWARD** Digitally signed by MARC S HOWARD<br>Date: 2024.08.23 09:56:05 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>HSI Special Agent Marc Howard |

**Sworn by telephone  x**

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 23, 2024 |
|---|---|

1)     See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

24-00799MJ

Homeland Security Investigations (HSI) Special Agent (SA) Marc Howard responded to the scene at approximately 2:05 a.m. on August 23, 2024. SA Howard conducted a recorded, custodial interview of MENESES AGUILAR, with the assistance of a CBPO who provided Spanish language translation. Upon being advised of his rights (in Spanish), MENESES AGUILAR agreed to speak with investigators. When asked who the truck belonged to, MENESES AGUILAR stated the truck belonged to a friend of an acquaintance from her gym. When asked how she came to be in possession of the truck, MENESES AGUILAR stated the owner of the vehicle gave it to her at McDonalds in Nogales, Arizona, a couple hours ago. The owner of the truck, who MENESES AGUILAR later claimed was an illegal alien, asked her to cross the truck as a favor and told her he would pay her. When asked if she thought it was strange to meet an unknown person at McDonalds at night to cross a car into Mexico, MENESES AGUILAR said she did think it was at first because she was supposed to get the car from her trainer, Alexis. MENESES AGUILAR told investigators she had texted with Alexis on Instagram about the car. MENESES AGUILAR claimed she had asked Alexis if there was anything in the vehicle and he told her no.

SA Howard obtained consent from MENESES AGUILAR to search her cell phone. Investigators noted messages from a number MENESES AGUILAR identified as belonging to Alexis was asking for her location and what happened, stating "they" want the car already. MENESES AGUILAR pointed investigators to an Instagram conversation between her and a contact she claimed was Alexis. The contact asked her to cross a car as a favor, and MENESES AGUILAR asked repeatedly if there was anything wrong with the car, and the contact said no. The same contact also had numerous missed WhatsApp messages asking what happened, saying it had been too long and to answer.

When investigators went back to who owned the car, MENESES AGUILAR stated she did not know the owner, but she did knew the owner planned to cross back into Mexico to get to Sinaloa. MENESES AGUILAR maintained that the owner was "illegal" and got into a purple Mustang with an unknown female and followed her to the Mariposa POE in Nogales, where she was going to originally cross. MENESES AGUILAR did not cross there, however, because the POE was already closed by the time she arrived. MENESES AGUILAR told investigators she believed Alexis was doing "bad things" in Mexico with his father. MENESES AGUILAR would not elaborate what things Alexis was doing, but stated he brags about his mafia connections to get out of trouble with the police and is known to hang out with known drug traffickers and people that are in the mafia. When asked why she would agree to cross a vehicle for a person who she knew was associating with the mafia and drug traffickers, MENESES AGUILAR stated after asking so many times, she just trusted him. MENESES AGUILAR stated she knew it was illegal to cross ammunition into Mexico and further stated she did not have a license to export ammunition from the United States into Mexico.