GARY M. RESTAINO
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant U.S. Attorney
Colorado State Bar No. 38157
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Matthew.Cassell@usdoj.gov
Attorneys for Plaintiff

FILED

2024 SEP 18 PM 2: 10

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR24-06249 TUC-AMM(LCK)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | INDICTMENT |
|---|---|
| Plaintiff, | |
| vs. | Violation: |
| | U.S.C. § 554(a) |
| Maria Fernanda Meneses Aguilar, | Attempted Smuggling of Goods from the United States) |
| Defendant. | |
| | 18 U.S.C. § 924(d); |
| | 28 U.S.C. § 2461(c); |
| | 50 U.S.C. § 4819(d)(1)(C) |
| | Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

On or about August 22, 2024, within the District of Arizona, MARIA FERNANDA MENESES AGUILAR did knowingly and fraudulently attempt to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 15 rifle magazines, two rifle buttstocks, and multiple rounds of various caliber ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738; in violation of Title 18, United States Code, Section 554(a).

**FORFEITURE ALLEGATION**

Upon conviction of the Indictment, the defendant, MARIA FERNANDA MENESES AGUILAR, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d); Title 50, United States Code, Section 4819(d)(1)(C); and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense and any property constituting an item that is intended to be exported in violation of the offense including, but not limited to: 1,582 rounds of .50 caliber ammunition, 20 rounds of 7.62 x 39 mm rifle ammunition, 15 rifle magazines, and two rifle buttstocks.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

///

///

*United States of America v. Maria Fernanda Meneses Aguilar*
*Indictment Page 2 of 3*

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), Title 50, United States Code, Section 4819(d)(1)(C), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: September 18, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/S/

MATTHEW C. CASSELL
Assistant U.S. Attorney

*United States of America v. Maria Fernanda Meneses Aguilar*
*Indictment Page 3 of 3*